# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUGGAN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CARLSBAD; JEFF WOLF; KALYN BENAVIDEZ; and DOES 1 through 10,<br><br>    Defendants. | Case No.: 19cv1703 JM (WVG)<br><br>**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE** |

On October 6, 2020, the parties filed a joint motion to dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 22.) The motion is **GRANTED**. The case is dismissed *with prejudice*, each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED: October 7, 2020

_____
JEFFREY T. MILLER
United States District Judge